# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

C.N., L.B., AND MINOR CHILD B.K.L.N.;    :    No. 76 MM 2020
J.A.R., E.G.M., AND MINOR CHILD J.G.;    :
M.N., P.M., AND MINOR CHILD H.M.N.;    :
G.C., J.J.S.J., AND MINOR CHILD M.S.J.;    :
M.C., G.S.C., AND MINOR CHILDREN    :
G.R.S.C. AND N.B.T.; M.E.L., E.O.E., AND    :
MINOR CHILD J.O.E.,    :
   :
         Petitioners    :
   :
   :
         v.    :
   :
   :
PENNSYLVANIA DEPARTMENT OF    :
HUMAN SERVICES,    :
   :
         Respondent    :

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of April, 2020, the "Application for Extraordinary Relief under the Court's King's Bench Jurisdiction" is **DENIED** without prejudice to file an action in the Commonwealth Court or with the Department of Human Services. If an action is filed in the Commonwealth Court, either in its original jurisdiction or as an appeal from an administrative agency, pursuant to Rule of Judicial Administration 1952(A) and the Pennsylvania Supreme Court's constitutionally conferred general supervisory and administrative authority over all courts and magisterial district judges, see PA. CONST. art V, § 10(a), this Court **DIRECTS** that the Commonwealth Court shall establish an

expedited schedule for such matter and shall move expeditiously to resolve the matter so as to prevent further potential harm to Petitioners.

Additionally, Petitioners' Application for Relief to File a Reply Brief in Support of Petitioners' Application for Extraordinary Relief Under the Court's King's Bench Jurisdiction is **GRANTED**.